

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00313-CR

| | | |
|---|---|---|
| Ex parte Lewis Edward Campbell | § | From the 30th District Court |
| | § | of Wichita County (52,792-A *1-2) |
| | § | September 12, 2013 |
| | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM